UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NAOMI S. SHRYNE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:13-CV-05868-KLS<br><br><br><br>ORDER |

   Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income payments under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision.  On remand, the ALJ will be directed to adjudicate the period of October 21, 2006, through the date of the decision.  The ALJ will adjudicate the period of August 1, 2006, through October 20, 2006, only if reopening of a prior claim is warranted.

Page 1     ORDER - [3:13-CV-05868-KLS]

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 9th day of July, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Jeffrey E. Staples
JEFFREY E. STAPLES
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3706
Fax:  (206) 615-2531
jeff.staples@ssa.gov